9/19/24, 2:19 PM                                                        Finder Report

# Accurint® for Legal Professionals

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For  ecretary of  tate documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of  tate.  The criminal record data in this product or service may include records that have been e  punged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 U  C 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Fraud Prevention or Detection
**Your DMF Permissible Use:**  No Permissible Purpose

## Finder Report

| Subject Information<br>(Best Information for Subject) | AKAs<br>(Names Associated with Subject) | Indicators |
|---|---|---|
| Name: REGINALD J CARTER JR<br>Date of Birth: **05/xx/1988**<br>Age: **36**<br>SSN: 257-65-xxxx      issued<br>in **Georgia** between **01/01/1988** and **12/31/1988** | REGINAL CARTER<br>   DOB: **05/xx/1988**  Age: **36**   SSN: 257-65-xxxx<br>REGINALD CARTER<br>   DOB: **05/xx/1988**  Age: **36**   SSN: 257-65-xxxx | Bankruptcy: **No**<br>Property: **Yes**<br>Corporate Affiliations: **No** |

**Address Summary   (  - Probable Current Address)**

5235 WAINWRIGHT DR, COLORADO SPRINGS, CO 80911-3152, EL PASO COUNTY (  2021 - Aug  2024)



**EXHIBIT 6**

9/19/24, 2:19 PM                                              Finder Report

Accurint® for Legal Professionals



Finder Report

Accurint® for Legal Professionals



Print Report   |   Contact Us   |   Help

**We Also Found:**

☐ Vehicle Registrations

☐ Phones Plus

Purchase Selection(s)

Upgrade to Comprehensive Report